UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

<u>IN</u> <u>ADMIRALTY</u>

| | |
|---|---|
| In Re: Complaint and Petition of Owners of the *M/V OVER THE MOON* For Exoneration from or Limitation of Liability,<br><br>Petitioner and Plaintiff-in-Limitation | No. 2:25-cv-03680-TLN-CSK<br><br>**ORDER** |

WHEREAS, Petitioner, JORDAN SUGAR-CARLSGAARD, as Successor Trustee of the Bozinovich and Pickles Family Trust dated March 25, 2019, as the Administrator of the Estate of Joshua Antony Pickles, on behalf of herself, and acting as the representative of the Estate of Paula Bozinovich, the Estate of Terry Pickles, and Estate of Joshua Pickles (collectively "Petitioner"), as owner of the vessel (hereinafter "the Vessel"), has filed a Complaint on December 19, 2025, pursuant to 46 U.S.C. §§ 30501, *et seq.*, and Supplemental Admiralty Rule F, claiming the right to exoneration from, or alternatively, limitation of liability for, all claims arising out of a claimed incident on the navigable waters of Lake Tahoe, California, and Petitioner represents the owners of the Vessel at the time of and after the June 21, 2025 incident, and on considering the Complaint and Stipulation for Value of the vessel, which are on file, stating the value of the Vessel to be estimated as nothing as it was a constructive total loss following the incident, but provided security for ONE THOUSAND DOLLARS ($1,000.00) as required by L. R. 520(b);

1      IT IS HEREBY ORDERED that the Court approves the stipulation for value and the
2 security in the form of the letter of undertaking filed in this action (*See Complaint of Dammers, et
3 al.*, 836 F.2d 750, 753, n.2 (2d Cir. 1988)); and it is further

4      ORDERED that a Monition issue against all persons having such claims for any and all
5 losses, personal injuries, destruction of property, as alleged in Petitioner's Complaint for
6 Exoneration from or Limitation of Liability must file them as provided by Rule F of the
7 Supplemental Rules for Certain Admiralty and Maritime Claims with the Clerk of this Court, Mr.
8 Keith Holland, United States District Court, Eastern District of California, Robert T. Matsui United
9 States Courthouse, 501 I Street, Room 4-200, Sacramento, California 95814 and mail copies to
10 Petitioner's attorneys, B. Otis Felder, Esq., WILSON, ELSER, MOSKOWITZ, EDELMAN &
11 DICKER LLP, 655 Montgomery Street, Suite 900, San Francisco, CA 94111, on or before the 2nd
12 day of March 2026, subject to the rights or any person claiming damages who shall have presented
13 a claim to answer the Complaint and to controvert, or be defaulted and forever barred from such a
14 claim, and that any claimant desiring to contest Petitioner's right to exoneration from or limitation
15 of liability must file an Answer to Petitioner's original complaint and/or a claim as required by
16 Rule F(4) – (5) of the Supplemental Rules, and serve or mail a copy to Petitioner's attorney; and it
17 is further

18      ORDERED, that public notice of the Monition be given by publication in a newspaper
19 published in the Eastern District of California, such publication in said papers to be for at least four
20 successive weeks before the return date of this Order demanding the presentation of all claims
21 against Petitioner as well as that Petitioner give notice as to counsel for any known claimants; and
22 it is further

23      ORDERED, that the beginning or continued prosecution of any and all suits, actions, or
24 legal proceedings of any nature or description whatsoever, except in the present proceeding, in
25 respect of any claim arising out of, consequent upon, or in connection with the aforesaid incident
26 involving the Vessel, described in the Complaint for Exoneration from or Limitation of Liability,
27 are hereby stayed and restrained until the hearing and termination of this proceeding.
28

1  IT IS SO ORDERED.

2  Date: December 29, 2025

3  _____
   TROY L. NUNLEY
4  CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted this 22nd day of December 2025

          WILSON ELSER MOSKOWITZ
             EDELMAN & DICKER LLP

By: _____
    B. Otis Felder, Esq.
*Attorney for Petitioner and Plaintiff-in-Limitation*
JORDAN SUGAR-CARLSGAARD

3