B. Otis Felder, Esq. (CSB 177628)
*CSB Certified Admiralty & Maritime Specialist*
WILSON ELSER MOSKOWITZ
    EDELMAN & DICKER LLP
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-0990
Facsimile:   (415) 434-1370
Otis.Felder@wilsonelser.com

*Attorneys for Petitioner and Plaintiff-in-Limitation*
JORDAN SUGAR-CARLSGAARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

| | |
|---|---|
| In Re: Complaint and Petition of Owners of the *M/V OVER THE MOON* For Exoneration from or Limitation of Liability, <br><br> Petitioner and Plaintiff-in-Limitation | Case No. 2:25-cv-03680-TLN-CSK <br><br> Hon. Troy L. Nunley <br> Chief United States District Judge <br><br> **ORDER CONTINUING PETITIONER'S RESPONSE TO RESPONDENTS' MOTION TO DISOLVE RULE F INJUNCTION AND ABATEMENT OF PROCEEDINGS IN ADMIRALTY** |

Further to a second stipulation of the parties and good cause for further investigation and mediation, Petitioner's response to Respondents' Motion (ECF No. 12),  is continued from May 28, 2026 until June 29, 2026, the hearing having been vacated so as to hear the motion without oral argument (ECF No. 15). Any Reply is due in accordane with Local Rule 230(d). If the Court determines oral argument is necessary, it will be scheduled at a later date.

**SO ORDERED**.

Dated:  May 28, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

1

**ORDER CONTINUING PETITIONER'S RESPONSE**
287280916v.1